✓ #112  #129106

FILED
2010 DEC -2 PM 2: 15

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

In re:  RADER, DAVID RAY         )   Case No. 09-38799
        RADER, JENNIFER LYNN
                                 )   Chapter 7

            Debtor(s).           )   Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   AT & T Attorney, James Grudus, AT & T, One AT & T Way,
   Room 3A218, Bedminster, NJ 07921                              $17.02

2. Your Trustee's check for $17.02 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 11/24/2010

                                        _____
                                        John N. Graham, Trustee

Cc:  United States Trustee